**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LYDIA MCCOY**

**VERSUS**

**ZANTAVIA HAMILTON BOGAN, et al.**

**CIVIL ACTION**

**NO. 20-388-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 1, 2021 (Doc. 68), to which an objection was filed and considered (Doc. 69),

**IT IS ORDERED** that Plaintiff's Motion for Leave (R. Doc. 59) is GRANTED and that Plaintiff's Amended Complaint (R. Doc. 59-1) shall be filed into the record by the Clerk of Court.

**IT IS FURTHER ORDERED** that Defendants' pending Motions to Dismiss (R. Docs. 25, 42, 43, 44) are DENIED without prejudice as moot. After Plaintiff's Amended Complaint has been entered into the record, Defendants may refile their Motions to Dismiss within the time period set by Rule 15(a)(2) **(14 days)**, making any changes they deem necessary to their original Motions to Dismiss.

Signed in Baton Rouge, Louisiana, on <u>August 23, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**