**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LYDIA MCCOY**

**VERSUS**

**ZANTAVIA HAMILTON BOGAN, et al.**

**CIVIL ACTION**

**NO. 20-388-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 26, 2021 (Doc. 71), to which an objection was filed and considered (Doc. 72),

**IT IS ORDERED** that Plaintiff's Motion for Disqualification (Doc. 64) and Motion to Change Venue (Doc. 65) both are DENIED.

Signed in Baton Rouge, Louisiana, on August 23, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**