**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LYDIA MCCOY**

**VERSUS**

**ZANTAVIA HAMILTON BOGAN, et al.**

**CIVIL ACTION**

**NO. 20-388-JWD-SDJ**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 9, 2022 (Doc. 96), to which an objection was filed and considered (Doc. 97),

**IT IS ORDERED** that Plaintiff's cause of action is DISMISSED in its entirety, as follows:

1. Wilson Fields has absolute judicial immunity. Therefore, his Motion to Dismiss (Doc.78) is granted and all claims against Wilson Fields are dismissed with prejudice.
2. The City of Baton Rouge and the individual BRPD and BRFD Defendants' Motion to Dismiss (Doc. 82) is granted. Plaintiff's federal claims are dismissed with prejudice, and the Court declines to exercise jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(c)(3), dismissing Plaintiff's state law claims, without prejudice.
3. Non-moving Defendant, Larry Spencer, has absolute judicial immunity. Therefore, all claims against him (both state and federal) are dismissed with prejudice.
4. Defendants, Zantavia Bogan, Kendal Brookins, PPQBR, LLC, Cardinal Group Management, LLC, and Gideon Carter, did not move to dismiss. Nonetheless, Plaintiff's federal claims are dismissed with prejudice, and the Court declines to exercise jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(c)(3), dismissing the state law claims without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>September 27, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**